Decided July 5, 2001

## SQUILLANTE ENTERPRISES, INC. *v.* JOZEF JUCK

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 907 (AC 20976), is denied.

*Jozef Juck,* pro se, in support of the petition.

*Myra L. Graubard,* in opposition.

Decided July 5, 2001